Exhibit 4

# Exhibit 4



- Home
- Testimonials
- About Us
- Advertising

Topics : Select category

Subscribe to Posts Subscribe to Comments



# New Ventures Services : #Domain warehousing and the risk of getting served with a #UDRP

Posted by **DomainGang** on June 25, 2019, at 10:08 am



When you warehouse domains straight from your Registrar subsidiary, there is an inherent risk: **being served with a UDRP.**

Domains that expire at **Network Solutions** go to its domain warehousing sister company, New Ventures Services corporation.

Both NetSol and New Ventures are entities under the **Web.com** umbrella, with one being the domain Registrar and the other being a profitable repository of domains that were not renewed.

Daily, **more than 500 domain names** end up at New Ventures, where they remain to be acquired for a fee. While these prices are generally low and can be negotiated upon, New Ventures has the tendency to renew the domains – sometimes, for several years in a row.

This approach **increases the potential** for a UDPR, from a party seeking to take over a domain they claim rights to, perhaps expecting it to drop.

**So how many UDRP cases** has New Ventures been served with over the years?



New Ventures Services Corp.

Our research shows that the number is minimal: **22 UDRP** cases were filed against *"New Ventures Services"* and the Web.com company lost them all. In some cases, they responded officially or unofficially, but most times they filed no response. When one takes into account the vast number of domains under management at New Ventures, losing 22 UDRP cases is next to nothing.

Here are the domains that New Ventures Services lost via the UDRP process in the past 10 years, in reverse chronological order:

    rebeccaparsons.com
    allieduniversaledge.com
    usatotalgym.com
    contentguess.com
    hdabank.com
    amaamzon.com
    amazoncrown.com
    amazondiapersonline.com
    amazonmailbox.com
    amazonmailboxes.com
    amazonsnile.com
    amazontablecloth.com
    amazontablecloths.com
    amzonjobs.com
    clips4asle.com
    24lifenews.com
    onewestbkonline.com
    online-onewestbk.com
    neuromove.com
    animal-pack.com
    o2email.com
    pinggolfing.com
    ensolv.com
    showa-glove.com
    statefarmjohn.com
    phoenix-lifeinsurancecompany.com
    capitalonefinancialbitcoin.com
    capitalonebitcoin.com
    ashokleylandlimited.com
    diners.co
    cardmember-discovercard.com
    sportspharma.com
    amararaja.com

These **33 domains** were involved in the 22 UDRP cases filed, but only 32 domains were transferred; online-onewestbk.com was deemed to be not in control of New Ventures Services at the time.

Whether you love or hate the domain warehousing model, it's part of the **domain name life cycle**, and a nice money maker for Web.com!



[This post is 100% True!](#)



### Related DomainGang Posts:

- An #infosec consultant dealt with New Ventures to get his family #domain back
- John Berryhill : BusinessFunding .com was auctioned despite being unexpired
- #IQOS brand: Philip Morris is the absolute biggest #UDRP filer in…
- Philip Morris : Barrage of new #UDRP filings for #IQOS in 2020
- #Smokeless tobacco #domains : Philip Morris is probably the most active…
- #Fusion3 .com : A 1999 #domain hit with a UDRP barely escaped at the #WIPO

Filed under Domain Law · Tagged with Domains, New Ventures, New Ventures Services, UDRP, WIPO, Web.com, domain warehousing

Copyright © 2020 DomainGang.com · All Rights Reserved.

NamesCon - January 29th - February 1st, 2020 in Austin, TX

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

1200 characters available

Name *

Email *

Website

[Post Comment]




- 
  
  
  
- 

- **A year ago today!**

    - The Domain King's latest #domain registrations

- 
-

- 

- **DomainGang** provides daily entertainment and parody content for the domain industry! Articles that contain the "100% True" notice are entirely true – but still fun to read. Follow us, and learn more about the **wonderful world** of domaining! 😀

- Archives

  Archives [Select Month ▼]

- CATEGORIES

  - Famous Domainers (100)
  - Domain News (8,072)
  - Stories & Manuals (149)
  - Short News (446)
  - Editorial (213)
  - Name Jargon (28)
  - Featured (99)
  - The Drunk Domainer (22)
  - Domain Crime (251)
  - Domain Law (781)
  - Domain Memes (19)
  - Domainer Comics (12)
  - Domain Socialite (10)

- Recent Comments

  - Anonymous on #Zoom video service shares data with Facebook, class action lawsuit alleges
  - Jeffrey Allen on The Domain King's latest hand-registered #domain names
  - BullS on LLL .com auctions : No, the three letter #domain name WTL.com has not expired!
  - Supratik on LLL .com auctions : No, the three letter #domain name WTL.com has not expired!
  - DomainGang on LLL .com auctions : No, the three letter #domain name WTL.com has not expired!
  - Jurgen Maaser on LLL .com auctions : No, the three letter #domain name WTL.com has not expired!
  - thisblogblows on Terrible #Marketing : One of the #Domain King's droppings gets re-registered
  - Data Glasses on OneWeb.World : Space #telecom company goes bankrupt due to the #Coronavirus economics

- 

Return to top of page PostsComments

Copyright © 2009 - 2020 **DomainGang.com** · All Rights Reserved.
DomainGang.com is a publication of DomainGang LLC. Duplication of this content without authorization is strictly prohibited.

Disclaimer: All posts, information and content on the web site DomainGang.com are fictional, humorous and depict a satire - unless a "100% True" image or statement is present.
DomainGang.com provides entertainment via the public release of content related to the domaining industry and social media. We are not to be held responsible for any damage caused by your failure to comprehend the context of satiric content. By accessing DomainGang.com and perusing the DomainGang.com information and content you fully agree that you are aware of and consent to this Disclaimer.