Exhibit 10



Document title: Network Solutions - New Ventures Services Corp stole my domain - NamePros
Capture URL: https://www.namepros.com/threads/network-solutions-new-ventures-services-corp-stole-my-domain.1055044/
Capture timestamp (UTC): Fri, 08 Jan 2021 22:44:19 GMT

Page 1 of 4






