Exhibit 11

# Exhibit 11










