UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **META PLATFORMS, INC.;** **WHATSAPP, LLC.; INSTAGRAM, LLC.,** | : | |
| **Plaintiffs** | : | CIVIL ACTION NO. 3:21-697 |
| v. | : | (JUDGE MANNION) |
| **NEW VENTURES SERVICES, CORP.** *et al.*, | : | |
| **Defendants** | : | |

# ORDER

Before the court is the plaintiffs' motion styled "Motion to Lodge Domain Names Registered by Defendants." (Doc. 63). Plaintiffs filed a brief in support of their motion. (Doc. 64). The motion requests the court order the registrars of the alleged infringing domain names at issue in this case to "deposit documents with the Court sufficient for the Court to establish control and authority over the registration of the domain names currently registered by Defendants and named in Plaintiffs' Amended Complaint (the 'Infringing Domains')." (Doc. 63 at 1).

The defendants filed a brief in opposition, (Doc. 61), in which they declared the plaintiffs' motion moot because, on the same day the defendants filed their brief in opposition, the defendants filed with the court a copy of a certificate, (Doc. 97), "declaring that Registrars voluntarily have

placed the Domains at Issue on legal lock status and will not intentionally modify that status unless and until instructed to do so by Order of the Court." The certificate continues, "Thus, the Domains at Issue should be construed to be under the dominion and control of the Court." The defendants also filed a supplemental certificate on October 28, 2022, "to update the Court on actions the Registrars have taken to further secure the status of those Domain Names pending disposition of this lawsuit." (Doc. 101). Plaintiffs filed a reply brief, (Doc. 102), acknowledging that the defendants have taken the action they requested in their motion by filing the certificates. As such, the plaintiffs asserted they "do not seek any additional relief from the Court at this time."

In light of the foregoing, **IT IS HEREBY ORDERED THAT** plaintiffs' "Motion to Lodge," (Doc. 63), is **DISMISSED AS MOOT**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:   December 21, 2022**
21-697-07