UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **META PLATFORMS, INC.,** *et al.*, : | |
| Plaintiffs, : | CIVIL ACTION NO. 3:21-697 |
| v. : | (JUDGE MANNION) |
| **NEW VENTURES SERVICES CORP.,** *et al.*, : | |
| : | |
| Defendants. : | |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED** that Defendants' motion to dismiss **(Doc. 103)** is **GRANTED in part and DENIED in part**. The motion is **GRANTED** with respect to Plaintiffs' promissory estoppel claim (Doc. 61). That claim is **DISMISSED without prejudice**. The motion is **DENIED** in all other respects.

*S/ Malachy E. Mannion*
 MALACHY E. MANNION
 **United States District Judge**

**DATE: August 31, 2023**
21-697-01-ORDER