**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **META PLATFORMS, INC.; INSTAGRAM, LLC; and WHATSAPP LLC,** **Plaintiffs,** | : | **No. 3:21cv697** |
| | : | **(Judge Munley)** |
| **v.** | : | |
| **NEW VENTURES SERVICES, CORP. et al.,** **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 29th day of April 2026, upon notice by the parties that this matter has settled, (Doc. 219), is hereby **ORDERED** that:

1) This case is **DISMISSED** without costs;

2) The parties shall have sixty (60) days to complete the settlement; and

3) The Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**